KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00443 JF (PVT) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER EXCLUDING TIME** |
| JASON SUBLET, | ) | |
| Defendant. | ) | |

1.    Defendant was arraigned on August 15, 2005, before The Honorable Patricia V. Trumbull, Chief United States Magistrate Judge. A detention hearing was held on August 18, 2005; defendant was ordered detained as a flight risk. At defense counsel's request, the matter was put over to September 21, 2005, at 9:00 a.m., for a first appearance before the district court.

2.    The September 21, 2005, date was requested in light of defense counsel's scheduling constraints, as well as his desire to review the discovery provided to date and to seek additional discovery before making a first appearance in the district court. Both the government and defense counsel agreed that an exclusion of time from the Speedy Trial clock was appropriate in view of Mr. Parrish's scheduling constraints and to permit effective defense preparation.

3. Both defense counsel, Jefferson Parrish, Esq., and Assistant United States Attorney David Callaway agreed that the time between August 18 and September 21, 2005, should be excluded from the Speedy Trial clock.

Based upon the foregoing representations made by the parties in open court and good cause appearing therefor,

**IT IS THEREFORE HEREBY ORDERED** that the time between August 18 and September 21, 2005, shall be excluded from the computation the period within which the trial must commence for the reasons proffered by the parties in open court. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above and the authority provided under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (iv).

DATED: 8/26/05

PATRICIA V. TRUMBULL
Chief United States Magistrate Judge

Distribute to:

Jefferson M. Parrish, Esq.
2007 West Hedding, Suite 100
San Jose, California 95126
Counsel for Defendant

Matthew S. Harris
Special Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Counsel for Plaintiff

ORDER

2